**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Andrew MAKER, Defendant— Appellant.**

No. 09–10180.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 15, 2010.

Wendy Thomas, Special Assistant U.S., Barbara Valliere, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Steven Lubliner, Law Offices of Steven S. Lubliner, Petaluma, CA, for Defendant–Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Andrew Maker appeals from his bench-trial conviction for simple assault within a special maritime or territorial jurisdiction of the United States, in violation of 18 U.S.C. § 113(a)(5). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Maker contends that his conviction should be reversed because there was insufficient evidence that the offense took place within the territorial jurisdiction of the United States. Viewing the evidence in the light most favorable to the prosecution, *see United States v. Stanton*, 501 F.3d 1093, 1099 (9th Cir.2007), a rational trier of fact could have found that the offense took place within the boundaries of Fort Mason, which Maker does not dispute is located on federal land. *See United States v. Coutchavlis*, 260 F.3d 1149, 1153–54 (9th Cir.2001).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.